**Order entered April 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01154-CR

**DANIEL ROY PENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-59397-J**

## ORDER

Before the Court is appellant's April 17, 2019 motion to supplement the record on appeal. We **GRANT** appellant's motion. We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing (1) the presentence investigation report; (2) the CATS evaluation; and (3) appellant's March 18, 2019 amended designation of record.

/s/    CORY L. CARLYLE
          JUSTICE